**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Tamara ROBERTS,
Defendant/Appellant.**

**No. 58973.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 17, 1991.

Loyce Hamilton, Asst. Public Defender, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

A jury convicted defendant, Tamara Roberts, of possession of cocaine, § 195.202 RSMo Cum Supp.1990. The trial court sentenced defendant to three years imprisonment. On appeal defendant's sole point alleges the court erred in giving MAI–CR3d 302.04 because it unconstitutionally diminishes the meaning of proof beyond a reasonable doubt. Both the Supreme Court of Missouri and this court have upheld the language in question. *State v. Reese*, 795 S.W.2d 69, 74–5 (Mo. banc 1990), *cert. denied*, —— U.S. ——, 111 S.Ct. 1025, 112 L.Ed.2d 1106 (1991); *State v. Trust*, 817 S.W.2d 528 (Mo.App.1991). Defendant's point is denied. An extended opinion would serve no jurisprudential purpose. The judgment of conviction is affirmed. Rule 30.25(b).